| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Mashburn, Randal S. | 2. Court or Organization<br><br>Bankruptcy Court - Middle District - Tennessee | 3. Date of Report<br><br>05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge (Full-Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>220 Customs House<br>701 Broadway<br>Nashville, TN 37203 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Educational Trust (for family member) |
| 2. | Director | Nashville Bar Association (non-profit organization) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Tennessee Bar Association | 04/19/13 to 04/21/13 | Gatlinburg, TN | Tennessee Bar Association bankruuptcy eminar (Speaker) | Transportation, lodging & food. |
| 3. | Turnaround Management Association | 05/30/13 to 06/02/13 | Hollywood, FL | Turnaround Management Association regional seminar (Speaker) | Transportation, lodging & food. |
| 4. | National Conference of Bankruptcy Judges | 10/29/13 to 11/02/2013 | Atlanta, GA | Attendance at meetings and seminars of annual conference of association. | Lodging. |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS (H) -- Lines 2- 10 | | | | | | | | | |
| 2. Bank of America (Accounts/CDs) | A | Interest | L | T | | | | | |
| 3. Capstar Bank (Accounts/CDs) | B | Interest | | | Closed | 11/18/13 | N | | |
| 4. Civic Bank & Trust (Accounts/CDs) | B | Interest | M | T | | | | | |
| 5. Community First Bank & Trust (Accounts/ CDs) | | None | M | T | Open | 01/19/13 | M | | |
| 6. Cornerstone Financial (Accounts/CDs) | | None | | | Closed | 05/15/13 | J | | |
| 7. Pinnacle National Bank (Accounts/CDs) | B | Interest | K | T | | | | | |
| 8. First Citizens National Bank (Accounts/ CDs) | C | Interest | L | T | | | | | |
| 9. Insbank (Accounts/CDs) | C | Interest | M | T | | | | | |
| 10. Legends Bank | | None | M | T | Open | 08/28/13 | M | | |
| 11. UBS BROKERAGE ACCT (H) -- Items 12 to 47 below | | | | | | | | | |
| 12. America Movil S.A.B. De C.V. (Common Stock) | B | Dividend | J | T | | | | | |
| 13. BHP Billiton Ltd. (Common Stock) | A | Dividend | | | Sold | 12/26/13 | J | | |
| 14. BP PLC (Common Stock) | A | Dividend | J | T | | | | | |
| 15. EQT Corp (Common Stock) | A | Dividend | K | T | | | | | |
| 16. Express Scripts Holding Co. (formerly Medco) (Common Stock) | | None | J | T | | | | | |
| 17. Exxon Mobil Corp. (Common Stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Genuine Parts Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 19. Microsoft Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 20. Pepsico Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 21. Pfizer Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 22. QEP RES Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 23. Rackspace Hosting Inc. (Common Stock) | | None | J | T | | | | | |
| 24. Rio Tinto PLC Spon ADR (Common Stock) | | None | J | T | Buy | 12/26/13 | J | | |
| 25. Verizon Communications Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 26. Walmart de Mexico S.A.B. de CV (Common Stock) | A | Dividend | J | T | | | | | |
| 27. Walmart Stores Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 28. Walgreen Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 29. Alger Spectra Fund Class C (Mutual Fund) | C | Dividend | K | T | | | | | |
| 30. American Funds Euro Pacific Growth Fun (Mutual Fund) | A | Dividend | J | T | | | | | |
| 31. Templeton Global Income Fund (Mutual Fund) | B | Dividend | K | T | | | | | |
| 32. FT-Franklin Federal Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 33. Metro Govt. Nashville/Davidson 592112 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 34. Metro Govt. Revenue Bonds 592090BZ6 (Govt. Bonds) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metro Govt. Nashville/Davidson 5920137 (Govt. Bonds) | A | Interest | J | T | | | | | |
| 36. Blount County Tenn. Public Bonds (Govt. Bonds) | B | Interest | L | T | | | | | |
| 37. State of Texas Bonds #1 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 38. Hamilton County Tenn. Bonds (Govt. Bonds) | A | Interest | K | T | | | | | |
| 39. Texas State Trans/Comm Bonds (Govt. Bonds) | B | Interest | K | T | | | | | |
| 40. State of Texas Bonds #2 (Govt. Bonds) | B | Interest | K | T | | | | | |
| 41. Metro Govt. Nashville Sinking Fund 592041 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 42. Knoxville Tenn. Waste Water Bonds (Govt. Bonds) | A | Interest | J | T | | | | | |
| 43. New York Municipal Water Fin. Auth. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 44. Tennessee State Bonds SR (Govt. Bonds) | B | Interest | K | T | | | | | |
| 45. Tennessee State School Bonds (Govt. Bonds) | B | Interest | L | T | | | | | |
| 46. Texas A&M Univ. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 47. UBS Money Market Account | A | Interest | J | T | | | | | |
| 48. ROTH IRA -- Lines 49-52 | A | Int./Div. | M | T | | | | | |
| 49. -- Nationwide Annuity | | | | | | | | | |
| 50. -- Lincoln Life Annuity | | | | | | | | | |
| 51. -- Ohio National Annuity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- First Eagle Global Fund (Mutual Fund) | | | | | Buy (add'l) | 09/16/13 | J | | |
| 53. ROTH IRA (Family Member) -- Lines 54-58 | A | Int./Div. | N | T | | | | | |
| 54. -- Genworth Life Annuity | | | | | | | | | |
| 55. -- Lincoln Life Annuity | | | | | | | | | |
| 56. -- Nationwide Annuity | | | | | | | | | |
| 57. -- Ohio National Annuity | | | | | | | | | |
| 58. -- First Eagle Global Fund (Mutual Fund) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 59. EDUCATIONAL TRUST -- Lines 60-68 | C | Int./Div. | L | T | | | | | |
| 60. -- Alger Spectra Fund | | | | | | | | | |
| 61. -- American Funds Euro Pacific Growth Fund | | | | | | | | | |
| 62. -- Royce Special Equity Fund | | | | | | | | | |
| 63. -- Delaware Diversitfied Income Fund | | | | | Sold | 09/04/13 | J | A | |
| 64. -- FT Templeton Global Bond Fund | | | | | | | | | |
| 65. --American Funds Income Fund of America | | | | | | | | | |
| 66. -- Blackrock Health Science Opportunities Fund | | | | | Sold (part) | 07/18/13 | J | A | |
| 67. -- Columbia Seligman Communications & Info Fund A | | | | | Sold | 07/08/13 | J | A | |
| 68. -- Lord Abbett Short Duration Income Fund | | | | | Buy | 09/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 529 COLLEGE FUND #1 -- Lines 70-73 | A | Int./Div. | L | T | | | | | |
| 70. -- Growth Fund of America | | | | | | | | | |
| 71. -- Bond Fund of America | | | | | | | | | |
| 72. -- American Balanced Fund | | | | | | | | | |
| 73. -- Capital Income Builder Fund | | | | | | | | | |
| 74. 529 COLLEGE FUND #2 -- Lines 75-78 | A | Int./Div. | L | T | | | | | |
| 75. -- Growth Fund of America | | | | | | | | | |
| 76. -- Bond Fund of America | | | | | | | | | |
| 77. -- American Balanced Fund | | | | | | | | | |
| 78. -- Capital Income Builder Fund | | | | | | | | | |
| 79. NORTHWESTERN BROKERAGE ACCT (H) Lines 80-85 | | | | | | | | | |
| 80. --Northwestern Mutual Single Premium Insurance/Annuity | A | Dividend | L | T | | | | | |
| 81. --Northwestern Mutual General Money Market Fund Cl B | A | Int./Div. | J | T | | | | | |
| 82. --EuroPacific Growth Fund | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 83. --Tax-Exempt Bond Fund of America | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 84. --Localshares Nashville Area ETF | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 85. --Vanguard Index Funds | A | Dividend | J | T | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #1 -- UBS (prior 401k) -- Lines 87-99 | E | Int./Div. | O | T | | | | | |
| 87. -- Pace Money Market Investment Fund | | | | | | | | | |
| 88. -- Alger Spectra Fund Class A | | | | | | | | | |
| 89. -- Columbia Acorn Fund | | | | | | | | | |
| 90. -- First Eagle Overseas Fund Class A | | | | | | | | | |
| 91. -- ING Global Real Estate Fund Class A | | | | | | | | | |
| 92. -- Vertus Premium Alpha Sector Fund A | | | | | | | | | |
| 93. -- Delaware Diversified Income Fund Class A | | | | | Sold | 09/05/13 | K | | |
| 94. -- Loomis Sayles Bond Fund Class Retail | | | | | | | | | |
| 95. -- Lord Abbett Short Duration Income Fund Class A | | | | | | | | | |
| 96. -- Oppenheimer Intl Bond Fund Class A | | | | | | | | | |
| 97. -- TCW Emerging Markets Income Fund Class N | | | | | | | | | |
| 98. -- Blackrock Global Allocation Fund Inc A | | | | | | | | | |
| 99. -- Mainstay Marketfield Fund | | | | | Buy | 09/05/13 | K | | |
| 100. IRA #2 -- UBS (prior 401k) -- Lines 101-109 | D | Int./Div. | N | T | | | | | |
| 101. -- UBS Bank USA Deposit Account | | | | | | | | | |
| 102. -- Berkshire Hathaway Inc New CL B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- ConocoPhillips B/E Bonds | | | | | | | | | |
| 104. -- United Parcel Service DPB Inc B/E Bonds | | | | | | | | | |
| 105. -- Duke Energy Carolina Bonds | | | | | | | | | |
| 106. -- Coca Cola Co. Com NTS B/E Bonds | | | | | | | | | |
| 107. -- Anheuser-Busch Invev WDR Bonds | | | | | | | | | |
| 108. -- Federated Short-Term Income Fund Class A | | | | | | | | | |
| 109. -- Virtus Multi-Sector Short Term Bond Fund - Class C | | | | | | | | | |
| 110. OTHER MISC. INVESTMENTS (H) Lines 107-108 | | | | | | | | | |
| 111. Maury County TN Farm (family member) | D | Rent | O | W | | | | | |
| 112. Center Hill Lake TN Undeveloped Real Estate | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 05/13/2014 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Randal S. Mashburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544